Daniel Ryan, Respondent, v. The State of New York, Appellant. Dominick Vacca, Respondent, v. The State of New York, Appellant. Charles Joseph, Respondent, v. The State of New York, Appellant. Charles W. Dunn, Respondent, v. The State of New York, Appellant.— Judgments affirmed, with costs in one action. Hinman, Acting P. J., Davis, Hill and Hasbrouck, JJ., concur; Whitmyer, J., dissents.

Jennie Burgess, Respondent, v. Leo Byrnes, Appellant.— Judgment and order affirmed, with costs. Hinman, Acting P. J., Davis, Hill and Hasbrouck, JJ., concur; Whitmyer, J., dissents and votes for a reversal on the law and the facts, and for a new trial unless the plaintiff stipulates to reduce the verdict to $1,000, and if such stipulation is made the judgment should be so modified and as modified the judgment and order should be affirmed, with costs.

The People of the State of New York ex rel. Julius De Guiseppi, Respondent, v. Walter N. Thayer, Jr., as Superintendent of the Institution for Defective Delinquents, Napanoch, N. Y., Appellant.— Order sustaining writ of habeas corpus and discharging the relator from custody, on the ground that he is not a mental defective, reversed on the law, and relator remanded to the custody of the superintendent of the Institution for Male Defective Delinquents, Napanoch, N. Y., on the authority of *People ex rel. Romano v. Thayer* [ante, p. ——], decided herewith. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of Mary E. McMahon, Respondent, against P. N. Carll and Maryland Casualty Company, Appellants. State Industrial Board, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to determine whether an action against a third party has been brought, and if so to await the determination of that action as bearing on the claimant's right to recover compensation; and if no such action has been brought then to make an award against the employer and the insurance carrier in favor of the State Treasurer. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

In the Matter of the Application of Fred W. Silberkraus for the Appraisal of Certain Stock cf Schaffer Stores Company, Inc. In the Matter of the Application of William H. Brown for the Appraisal of Certain Stock of Schaffer Stores Company, Inc. In the Matter of the Application of Esther B. Silberkraus for the Appraisal of Certain Stock of Schaffer Stores Company, Inc.— Decision handed down January 22, 1930, ▮ amended by adding thereto: Stay vacated. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.